Same case below, 406 Fed. Appx. 574.

Same case below, 348 S.W.3d 906.

**No. 10-10537. Francisco Trevino, Petitioner v. Texas.**

565 U.S. 840, 132 S. Ct. 150, 181 L. Ed. 2d 67, 2011 U.S. LEXIS 5966.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.

**No. 10-10539. Terry Louis Williams, Jr., Petitioner v. Andrew K. Hood, Sheriff, Monroe County, Mississippi.**

565 U.S. 840, 132 S. Ct. 150, 181 L. Ed. 2d 67, 2011 U.S. LEXIS 5940.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10541. Cecil R. McDonald, aka Cecil R. Trimble, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 840, 132 S. Ct. 150, 181 L. Ed. 2d 67, 2011 U.S. LEXIS 6053.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10545. Mark Derichsweiler, Petitioner v. Texas.**

565 U.S. 840, 132 S. Ct. 150, 181 L. Ed. 2d 67, 2011 U.S. LEXIS 6188.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-10548. Lawrence J. Blair, Petitioner v. Florida.**

565 U.S. 840, 132 S. Ct. 150, 181 L. Ed. 2d 67, 2011 U.S. LEXIS 6173.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 55 So. 3d 1286.

**No. 10-10549. Carl Whitehead, Petitioner v. Gerald L. Rozum, Superintendent, State Correctional Institution at Somerset.**

565 U.S. 840, 132 S. Ct. 151, 181 L. Ed. 2d 67, 2011 U.S. LEXIS 6487.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 998 A.2d 994.

**No. 10-10553. Lonnie Geter, Petitioner v. Michael McCall, Warden.**

565 U.S. 840, 132 S. Ct. 151, 181 L. Ed. 2d 67, 2011 U.S. LEXIS 6139.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 564.

**No. 10-10563. Frederick K. Ferguson, III, Petitioner v. West Virginia.**

565 U.S. 840, 132 S. Ct. 151, 181 L. Ed. 2d 67, 2011 U.S. LEXIS 6113.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.